BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: *admin@sdlawoffice.net*

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MERILYN MARANTZ,<br><br>Plaintiff,<br><br>vs.<br><br>MV TRANSPORTATION, INC.; DOE BUS DRIVER, individually; DOES 11 through XV, inclusive; and ROE BUSINESS I through XV, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02481-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MERILYN MARANTZ, and Defendant, MV CONTRACT TRANSPORTATION, INC., by and through their

/ / /

/ / /

/ / /

1

| | |
|---|---|
| respective attorneys of record, that the above-entitled Action be dismissed with prejudice. Each party to bear their own costs and fees. | |
| DATED this 21st day of Dec., 20__. | DATED this 8 day of Dec, 2017 |
| *(signature)* | *(signature)* |
| BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No. 13484<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P: 702-474-7229<br>F: 702-474-7237<br>*Attorney for Defendants* | DAVID J. MARTIN, ESQ.<br>Nevada Bar No. 9117<br>RICHARD HARRIS LAW FIRM<br>801 South 4th Street<br>Las Vegas, Nevada 89101<br>P: 702-444-4444<br>F: 702-444-4455<br>*Attorney for Plaintiff* |

**ORDER**

**IT IS SO ORDERED** this 26th day of December, 2017.

*(signature)*

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE